UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Donald Lelievre, et al.

            v.            Case No. 12-cv-87-JL

JP Morgan Chase Bank, et al.

## **DISMISSAL AND FAILURE TO REGISTER ECF ORDER**

The Plaintiff in this matter has failed to effectuate service on defendant First National Bank of Nevada and defendant HSBC Bank USA, N.A, in accordance with Federal Rule of Civil Procedure 4(m), or filed any motions to extend time thereto. If no return of service documents or Motions to extend time are filed by June 25, 2012, the aforementioned defendants will be dismissed with prejudice.

Further, effective October 1, 2005, Electronic Filing became mandatory in all cases in this district. By notice dated March 7, 2012, Attorney Bryan W. Clickner was instructed to register for ECF within thirty (30) days. On April 26, 2012 and again on June 8, 2012, the clerk's office contacted Attorney Clickner by telephone as a courtesy and each time left him a voice mail message reminding him of the obligation to register for ECF. As of this date, Attorney Clickner has not registered for ECF.

Attorney Clickner shall register for ECF on or before June 25, 2012, failing which his appearance on behalf of Donald Lelievre and Laurel A. Lelievre shall be rejected nunc pro tunc.

    SO ORDERED.

Date: June 16, 2012

                                                      Joseph N. Laplante
                                                    Chief Judge

cc: Bryan W. Clickner, Esq.
    Peter Callaghan, Esq.