UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Donald Lelievre

v.

Civil No. 12-cv-00087-JL

JP Morgan Chase
Bank et al

ORDER OF DISMISSAL AS TO:

HSBC Bank USA, N.A.
First National Bank of Nevada
First National Bank of Arizona.

In accordance with the Court order dated June 16, 2012, the plaintiff in this matter has failed to effectuate service in accordance with Federal Rule of Civil Procedure 4(m), or file any motions to extend time to do so as to the following defendants:  HSBC Bank USA, N.A., First National Bank of Nevada and First National Bank of Arizona.  Therefore, HSBC Bank USA, N.A., First National Bank of Nevada and First National Bank of Arizona are herewith dismissed without prejudice.

SO ORDERED.

July 2, 2012

_____
Joseph N. Laplante
Chief Judge

cc:   Bryan W. Clickner, Esq.
      Peter G. Callaghan, Esq.